| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Roger H Bedford, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | 19-80103-CRJ-7 |

■ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets Value of what you own |
| --- | --- | --- |
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $      2,733,500.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $      2,028,785.77 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | $      4,762,285.77 |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
| --- | --- | --- |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $      2,268,435.70 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $      31,207.58 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $      5,354,609.22 |
| | **Your total liabilities** | $      7,654,252.50 |

### Part 3:    Summarize Your Income and Expenses

| | | |
| --- | --- | --- |
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................. | $      41,350.50 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*...................................................... | $      21,286.62 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 31,207.58 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 31,207.58 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Roger H Bedford, Jr.
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number    19-80103-CRJ-7

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**770 Whitten Road**
Street address, if available, or other description

**Russellville**          **AL**    **35653-0000**
City                      State    ZIP Code

**Franklin**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,200,000.00 | $1,200,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
(see instructions)

Case 19-80103-CRJ7    Doc 22    Filed 03/07/19    Entered 03/07/19 14:12:50    Desc Main
Document    Page 3 of 22

**1.2**   If you own or have more than one, list here:

Waterloo Road

*Street address, if available, or other description*

Russellville          AL      35653-0000

City                  State   ZIP Code

Franklin

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcel No 0306130000002000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $874,600.00 | $874,600.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property** (see instructions)

---

**1.3**   If you own or have more than one, list here:

Whitten Road

*Street address, if available, or other description*

Russellville          AL      35653-0000

City                  State   ZIP Code

Franklin

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcel No. 0306130000002003**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,800.00 | $7,800.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property** (see instructions)

### 1.4

**If you own or have more than one, list here:**

Allen Avenue
*Street address, if available, or other description*

Russellville        AL      35653-0000
City                State   ZIP Code

Franklin
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcel No. 0306130000050000 (Forestry)**
**Contiguous with 770 Whitten Road Property**
**CB&S has an accomodation mortgage**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,600.00 | $30,600.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

### 1.5

**If you own or have more than one, list here:**

Jack Warner Pkwy
*Street address, if available, or other description*

Tuscaloosa        AL      35401-1170
City              State   ZIP Code

Tuscaloosa
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcel No. 31-06-14-3-004-002.002**
**Contiguous with 50 Sherwood Drive property**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,600.00 | $5,600.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

**1.6**   If you own or have more than one, list here:

**50 Sherwood Drive**

Street address, if available, or other description

**Tuscaloosa**     **AL**    **35401-1170**

City        State     ZIP Code

**Tuscaloosa**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $228,600.00 | $228,600.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

---

**1.7**   If you own or have more than one, list here:

**Parcel ID 18-01-12-4-000-018.000**

Street address, if available, or other description

**Russellville**     **AL**    **35653-0000**

City        State     ZIP Code

**Franklin**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property 2 Doc 1 - Doc 2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,500.00 | $5,500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

---

Case 19-80103-CRJ7    Doc 22    Filed 03/07/19    Entered 03/07/19 14:12:50    Desc Main Document    Page 6 of 22

**1.8**  **If you own or have more than one, list here:**

Parcel ID 02-01-11-0-000-008.019

Street address, if available, or other description

Russellville                AL

City                State        ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property 3 Doc 1 -2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,700.00 | $8,700.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

**1.9**  **If you own or have more than one, list here:**

Parcel ID 17-04-18-0-000-027.002

Street address, if available, or other description

Russellville                AL

City                State        ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property 4 Doc 1-2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $9,800.00 | $9,800.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

Case 19-80103-CRJ7    Doc 22    Filed 03/07/19    Entered 03/07/19 14:12:50    Desc Main
Document    Page 7 of 22

1.1 0

**If you own or have more than one, list here:**

Parcel ID 02-04-19-1-000-047.000
Street address, if available, or other description

Russellville          AL
City                  State        ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property 5 Doc 1-2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
$1,200.00                                      $1,200.00

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

1.1 1

**If you own or have more than one, list here:**

Parcel ID 17-06-23-0-000-012.001
Street address, if available, or other description

Russellville          AL
City                  State        ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property 6 Doc 1-2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
$7,000.00                                      $7,000.00

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

Case 19-80103-CRJ7    Doc 22    Filed 03/07/19    Entered 03/07/19 14:12:50    Desc Main
Document    Page 8 of 22

**If you own or have more than one, list here:**

1.12

Parcel ID 04-08-27-0-000-012.007
_____
Street address, if available, or other description


Russellville        AL
_____
City            State        ZIP Code


_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property 7 Doc 1-2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

Current value of the entire property?    Current value of the portion you own?
$11,200.00                $11,200.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.13

Parcel ID 13-09-32-0-000-007.000
_____
Street address, if available, or other description


Russellville        AL
_____
City            State        ZIP Code


_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property 8 Doc 1-2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

Current value of the entire property?    Current value of the portion you own?
$75,700.00                $75,700.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

1.1 4

**If you own or have more than one, list here:**

Parcel ID 03-01-12-0-000-002.018
Parcel ID 03-01-12-0-000-002.32

Street address, if available, or other description

Russellville          AL

City                  State        ZIP Code

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property 9 Doc 1-2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$21,400.00              $21,400.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- [ ] Check if this is community property
  (see instructions)

---

1.1 5

**If you own or have more than one, list here:**

Parcel ID 02-09-30-1-103-007.000

Street address, if available, or other description

Russellville          AL

City                  State        ZIP Code

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property 11 - Doc 1**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$245,800.00             $245,800.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- [ ] Check if this is community property
  (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>    | $2,733,500.00 |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

☑ Yes

| 3.1 | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

| | | | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|---|---|
| Make: | **GMC** | ☑ Debtor 1 only | | |
| Model: | **Denali** | ☐ Debtor 2 only | | |
| Year: | **2013** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **100,000** | ☐ At least one of the debtors and another | | |
| Other information: | | | | |
| **100,000 Miles** **Previously wrecked** | | ☐ Check if this is community property (see instructions) | $15,000.00 | $15,000.00 |

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>     | $15,000.00 |

---

**Part 3:**   Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?          Current value of the portion you own?
Do not deduct secured claims or exemptions.

## 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes.  Describe.....

| See Attached List | $30,455.00 |
|---|---|

## 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No

☐ Yes.  Describe.....

## 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes.  Describe.....

## 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes.  Describe.....

## 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes.  Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Various Items of Men's Clothing | $2,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Men's Wedding Band | $1.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ............................................................................

    | $32,456.00 |

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                     Current value of the
                                                                                               portion you own?
                                                                                               Do not deduct secured
                                                                                               claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes....................................................................................................

                                                                               **Cash**       $600.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
              institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                    Institution name:

| 17.1. | Checking | Bank Independent<br>Acct. Ending No.: 3125 | $507.00 |
| 17.2. | Savings | CB&S Bank<br>Acct. No. Ending *0513 | $1,400.00 |
| 17.3. | Checking | Valley State Bank<br>Acct Ending 2175 | $3,700.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **B&H Property, LLC** Owns Condo in Panama City Beach Florida which is currently listed for sale with a realtor. Property has a mortgage in favor of Bank Independent | 50 % | Unknown |
| **RHB Properties, LLC** | 50 % | Unknown |
| **Panther Trucking** | 50 % | Unknown |
| **Roger Bedford & Associates, P.C.** | 100 % | Unknown |
| **Valley Lumber Company, Inc.** | 50 % | Unknown |
| **Valley Land Holdings, LLC** | 50 % | Unknown |
| **Dippin Dots Franchise** | 5 % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **SEP** | **SEP - Self-Employed Retirement Acct:  JP Morgan** | $1,320,000.00 |
| **IRA** | **Bank Independent** Acct No. Ending: 6989 | $3,730.59 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No

☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                  **State of Alabama RSA Account**                                   $398,222.18

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                **Current value of the portion you own?**
                                                      Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
               benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

                  **Monies Loaned to B&H Properties**                            $3,500.00

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

                  Company name:                       Beneficiary:                 Surrender or refund value:

                  **Mass Mutual Insurance Company**
                  **$500k Life Insurance Policy No.**
                  **004844307**
                  **Cash Value $10,000**
                  **Policy Loan:  $190,000 (taken out to**
                  **pay 2017 Taxes)**                 **Maudie Bedford**               $200,000.00

Case 19-80103-CRJ7    Doc 22    Filed 03/07/19    Entered 03/07/19 14:12:50    Desc Main
Document    Page 14 of 22

| | | |
|---|---|---:|
| ALFA Insurance Company<br>$50K Life Insurance Policy<br>Cash Value $28,300.00 - No Policy Loan | Maudie Bedford | $28,300.00 |
| Alfa Life Insurance Company<br>$28k Life Insurance Policy<br>Cash Value $10,500 - No Policy Loan | Maudie Bedford | $10,500.00 |
| Alfa Life Insurance Corporation<br>$100k Life Insurance Policy No.<br>L929754<br>Cash Value $2,300 | Maudie Bedford | $2,300.00 |
| Pennsylvania Life Insurance Company<br>Life Insurance Policy No. G746465501<br>Cash Value $2,885.96 | Unknown | $2,885.96 |
| Insurance Specialist Inc.<br>$50k Term Life Insurance Policy 543<br>Cash Value $0.00 | Maudie Bedford | $1.00 |
| Insurance Specialist, Inc.<br>$500k Accidental Death and<br>Dismemberment Policy ADR13 | Maudie Bedford | $1.00 |
| Insurance Specialist Inc.<br>$500k Accidental Death and<br>Dismemberment Policy ADR99 | Maudie Bedford | $1.00 |
| Modern Woodman<br>Certificate #4971077<br>Total Death Benefit $3,286<br>Cash Value $2,644.74 (May have been<br>cashed out) | | $2,644.74 |
| TransAmerica<br>$100K Life Insurance Policy | Maudie Bedford | $1.00 |
| TransAmerica<br>$100K Life Insurance Policy<br>Insured: Maudie Bedford | Roger H. Bedford Jr. | $1.00 |
| Franklin Madison (Formerly Affinion<br>Benefits Group<br>$150K Life Insurance Policy<br>Coverage ID 665544520 | | $0.00 |
| Insurance Specialists Inc.<br>$50K Life Insurance Policy No. 715 | | $1.00 |

| | | |
|---|---|---|
| Insurance Specialists, Inc.<br>$50k Life Insurance Policy No. 543 | | $1.00 |
| Insurance Specialist, Inc.<br>Disability Insurance Policy No.<br>PRUL-1-2242<br>Coverage - $1,680 Monthly | | $1.00 |
| Fidelity Security Life Insurance Co.<br>$250K Life Insurance Policy No. CA27 | | $1.00 |
| Liberty National Life Insurance<br>Company<br>$100K Life Insurance Policy No.:<br>A005380722<br>Cash Value $2,516.00 | Roger & Maudie<br>Bedford | $2,516.00 |
| Liberty National Life Insurance<br>Company<br>$25K Life Insurance Policy No.:<br>A005434992<br>Cash Value $514.30 | Rogert Bedford | $514.30 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................

> $1,981,329.77

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☐ No. Go to Part 7.

Official Form 106A/B          Schedule A/B: Property          page 14

☐ Yes.  Go to line 47.

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

$0.00

---

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

| | | |
| --- | --- | ---: |
| 55. | **Part 1: Total real estate, line 2** ....................................................................... | $2,733,500.00 |
| 56. | **Part 2: Total vehicles, line 5** | $15,000.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $32,456.00 |
| 58. | **Part 4: Total financial assets, line 36** | $1,981,329.77 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 |

| | | | | |
| --- | --- | ---: | --- | ---: |
| 62. | **Total personal property. Add lines 56 through 61...** | $2,028,785.77 | Copy personal property total | $2,028,785.77 |

| | | |
| --- | --- | ---: |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | $4,762,285.77 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor 1 | **Roger H Bedford, Jr.** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | | |
| Case number (if known) | 19-80103-CRJ-7 | | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| **770 Whitten Road Russellville, AL 35653 Franklin County** Line from *Schedule A/B*: **1.1** | $1,200,000.00 | ☑ | $15,500.00 | Ala. Code §§ 6-10-2, 6-10-3, 6-10-4, 6-10-12; Const. Art. X, § 205 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **See Attached List** Line from *Schedule A/B*: **6.1** | $30,455.00 | ☑ | $1,543.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Various Items of Men's Clothing** Line from *Schedule A/B*: **11.1** | $2,000.00 | ☑ | $2,000.00 | Ala. Code §§ 6-10-6, 6-10-126 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Cash** Line from *Schedule A/B*: **16.1** | $600.00 | ☑ | $600.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Checking: Bank Independent Acct. Ending No.: 3125** Line from *Schedule A/B*: **17.1** | $507.00 | ☑ | $507.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

Case 19-80103-CRJ7    Doc 22    Filed 03/07/19    Entered 03/07/19 14:12:50    Desc Main
Document    Page 18 of 22

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: CB&S Bank**<br>**Acct. No. Ending *0513**<br>Line from *Schedule A/B*: **17.2** | $1,400.00 | ☑ $1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Checking: Valley State Bank**<br>**Acct Ending 2175**<br>Line from *Schedule A/B*: **17.3** | $3,700.00 | ☑ $3,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **SEP: SEP - Self-Employed**<br>**Retirement Acct: JP Morgan**<br>Line from *Schedule A/B*: **21.1** | $1,320,000.00 | ☑ $1,320,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **IRA: Bank Independent**<br>**Acct No. Ending: 6989**<br>Line from *Schedule A/B*: **21.2** | $3,730.59 | ☑ $3,730.59<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **State of Alabama RSA Account**<br>Line from *Schedule A/B*: **24.1** | $398,222.18 | ☑ $398,222.18<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 36-27-28 |
| **Mass Mutual Insurance Company**<br>**$500k Life Insurance Policy No.**<br>**004844307**<br>**Cash Value $10,000**<br>**Policy Loan: $190,000 (taken out to**<br>**pay 2017 Taxes)**<br>**Beneficiary: Maudie Bedford**<br>Line from *Schedule A/B*: **31.1** | $200,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| **ALFA Insurance Company**<br>**$50K Life Insurance Policy**<br>**Cash Value $28,300.00 - No Policy**<br>**Loan**<br>**Beneficiary: Maudie Bedford**<br>Line from *Schedule A/B*: **31.2** | $28,300.00 | ☑ $28,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| **Alfa Life Insurance Company**<br>**$28k Life Insurance Policy**<br>**Cash Value $10,500 - No Policy Loan**<br>**Beneficiary: Maudie Bedford**<br>Line from *Schedule A/B*: **31.3** | $10,500.00 | ☑ $10,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| **Alfa Life Insurance Corporation**<br>**$100k Life Insurance Policy No.**<br>**L929754**<br>**Cash Value $2,300**<br>**Beneficiary: Maudie Bedford**<br>Line from *Schedule A/B*: **31.4** | $2,300.00 | ☑ $2,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Pennsylvania Life Insurance Company Life Insurance Policy No. G746465501 Cash Value $2,885.96 Beneficiary: Unknown Line from *Schedule A/B*: **31.5** | $2,885.96 | ■ $2,885.96 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| Insurance Specialist Inc. $50k Term Life Insurance Policy 543 Cash Value $0.00 Beneficiary: Maudie Bedford Line from *Schedule A/B*: **31.6** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| Insurance Specialist, Inc. $500k Accidental Death and Dismemberment Policy ADR13 Beneficiary: Maudie Bedford Line from *Schedule A/B*: **31.7** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| Insurance Specialist Inc. $500k Accidental Death and Dismemberment Policy ADR99 Beneficiary: Maudie Bedford Line from *Schedule A/B*: **31.8** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| Modern Woodman Certificate #4971077 Total Death Benefit $3,286 Cash Value $2,644.74 (May have been cashed out) Line from *Schedule A/B*: **31.9** | $2,644.74 | ■ $2,644.74 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| TransAmerica $100K Life Insurance Policy Beneficiary: Maudie Bedford Line from *Schedule A/B*: **31.10** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| TransAmerica $100K Life Insurance Policy Insured: Maudie Bedford Beneficiary: Roger H. Bedford Jr. Line from *Schedule A/B*: **31.11** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| Insurance Specialists Inc. $50K Life Insurance Policy No. 715 Line from *Schedule A/B*: **31.13** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| Insurance Specialists, Inc. $50k Life Insurance Policy No. 543 Line from *Schedule A/B*: **31.14** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-8, 27-14-29 |
| Insurance Specialist, Inc. Disability Insurance Policy No. PRUL-1-2242 Coverage - $1,680 Monthly Line from *Schedule A/B*: **31.15** | $1.00 | ■ $1.00 □ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 27-14-31 |

Case 19-80103-CRJ7    Doc 22    Filed 03/07/19    Entered 03/07/19 14:12:50    Desc Main
Document      Page 20 of 22

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Fidelity Security Life Insurance Co. $250K Life Insurance Policy No. CA27**<br>Line from *Schedule A/B*: **31.16** | $1.00 | ■        $1.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-8, 27-14-29** |
| **Liberty National Life Insurance Company**<br>**$100K Life Insurance Policy No.: A005380722**<br>**Cash Value $2,516.00**<br>**Beneficiary: Roger & Maudie Bedford**<br>Line from *Schedule A/B*: **31.17** | $2,516.00 | ■     $2,516.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-8, 27-14-29** |
| **Liberty National Life Insurance Company**<br>**$25K Life Insurance Policy No.: A005434992**<br>**Cash Value $514.30**<br>**Beneficiary: Rogert Bedford**<br>Line from *Schedule A/B*: **31.18** | $514.30 | ■      $514.30<br>☐   100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-8, 27-14-29** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐   No

        ☐   Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Roger H Bedford, Jr.** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | | |
| Case number | **19-80103-CRJ-7** | | |
| (if known) | | | |

■ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
| --- | --- |

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____   X _____
Roger H Bedford, Jr.                              Signature of Debtor 2
Signature of Debtor 1

Date  3- 7 -19                                      Date _____